# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

|  |  |
|---|---|
| PENNSYLVANIA MANUFACTURERS ASSOCIATION INSURANCE COMPANY, as subrogee of Benco Dental Supply Co., 380 Sentry Parkway Blue Bell, PA 19422-0754,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TFORCE FREIGHT, INC. 1000 Semmes Avenue Richmond, VA 23224-2246<br><br>　　　　　Defendant. | Civil Action No.: 1:21-cv-355<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　The parties, Plaintiff, PENNSYLVANIA MANUFACTURERS ASSOCIATION INSURANCE COMPANY, as subrogee of Benco Dental Supply Co. ("Plaintiff") and Defendant, TFORCE FREIGHT, INC. ("Defendant") having amicably adjusted and settled this case, Plaintiff and Defendant mutually agree and Stipulate to the Dismissal of the instant lawsuit with

prejudice and with each party to bear their own costs and fees.

Respectfully submitted,

By: *Paul O. Sauerteig*
Paul O. Sauerteig, Esq.
Snow & Sauerteig, LLP
203 E. Berry St.
Suite 1100
Fort Wayne, IN 46802
260-423-2353 tel
260-422-8321 fax
paul@snowsauerteig.com
Counsel for Defendant,
TForce Freight, Inc.

Dated: June  1 , 2022


By: *Andrew G. Hunt*
Andrew G. Hunt, Esq.
de Luca Levine, LLC
301 E. Germantown Pike
3rd Floor
East Norriton, PA 19401
215-383-0081 tel
215-383-0082 fax
ahunt@delucalevine.com
*pro hac vice* Attorneys for Plaintiff,
PENNSYLVANIA MANUFACTURERS
ASSOCIATION INSURANCE COMPANY

Dated: June  1 , 2022


*/s/ T. Blake Orner*
T. Blake Orner, #30068-32
Grant & Grant
9247 N. Meridian Street
Suite 310
Indianapolis, Indiana 46260
Attorneys for Plaintiff,
PENNSYLVANIA MANUFACTURERS
ASSOCIATION INSURANCE COMPANY

Dated: June  1 , 2022

**SO ORDERED:**

                                           _____
                                           **Hon.                         , U.S.D.J.**

3